John Donovan, Appellant, *v.* Irving Reynolds, Respondent.

Submitted January 9, 1947; decided February 28, 1947.

*Benjamin C. Harvey* and *William L. Bowman* for appellant.

*Frank F. Palmison,* individually and as Trustee of the Board of Education of the City of Mount Vernon, as *amicus curiæ,* in support of appellant's position.

*Harold Borgwald, Corporation Counsel (Irving Libenson* of counsel), for respondent.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Henry S. Manley* of counsel), appearing, pursuant to section 68 of the Executive Law, in support of the constitutionality of section 223 of the Education Law.

Appeal dismissed, with costs, upon the ground that the asserted constitutional question is not the only question involved upon the appeal. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.